KESSNER DUCA UMEBAYASHI
 BAIN & MATSUNAGA
Attorneys At Law, A Law Corporation

STEVEN GUTTMAN        1289-0
220 South King Street, 19th Floor
Honolulu, Hawaii        96813
Telephone:     808/536.1900
Facsimile:      808/529.7177
Email:   sguttman@kdubm.com

Attorney for Defendant
LEADING EDGE RECOVERY SOLUTIONS, L.L.C.

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

SEP 2 2 2006

at 8 o'clock and 35 min. A M
SUE BEITIA, CLERK

LODGED

SEP 2 1 2006

CLERK, U.S. DISTRICT COURT
DISTRICT OF HAWAII

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| JOCELYN RAMIL,<br><br>          Plaintiff,<br><br>vs.<br><br>LEADING EDGE RECOVERY SOLUTIONS, LLC.,<br><br>          Defendant. | CIVIL NO. CV06-00346 ACK KSC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS AND PARTIES and ORDER**<br><br>Status<br>Conf:       Sept. 25, 2006<br>Time:       9 a.m.<br>Judge:     Hon. Kevin S. C. Chang<br><br>TRIAL DATE: None |

**STIPULATION FOR DISMISSAL WITH PREJUDICE
OF ALL CLAIMS AND PARTIES and ORDER**

IT IS HEREBY STIPULATED BY AND BETWEEN Plaintiff JOCELYN

RAMIL and Defendant LEADING EDGE RECOVERY SOLUTIONS, L.L.C.,

by and through their respective counsel, and pursuant to Rule 41 of the

Federal Rules of Civil Procedure, that all claims against all parties are hereby dismissed with prejudice.

All parties who have made an appearance in this case have signed this Stipulation. No motion for summary judgments have been filed by either party. No trial date has been set.

The parties are to bear their own attorneys' fees and costs.

DATED:   Honolulu, Hawaii, September 21, 2006.

_____
JOHN HARRIS PAER
Attorney for Plaintiff

_____
STEVEN GUTTMAN
Attorney for Defendant

APPROVED AND SO ORDERED:

_____
JUDGE OF THE ABOVE-ENTITLED COURT

In re:  Jocelyn Ramil vs. Leading Edge Recovery Solutions, LLC.;
Civil No. CV 06-00346 ACK KSC; Stipulation for Dismissal With Prejudice of All Claims and Parties and Order